Supreme Court, Jefferson Special Term, June, 1901. Unreported.

PEOPLE ex rel. JOHN SAVELL *v.* MAYNARD N. CLEMENT and FRANKLIN M. PARKER.

CERTIORARI under section 28 of Liquor Tax Law, subdivision 1, as amended by chapter 312 of 1897.

*George A. Lawyer,* for relator.

*A. O. Briggs,* for respondents.

MERWIN, J.: I am inclined to follow the view taken in *Matter of Getman,* 28 Misc. 451. Relator, therefore, is entitled to an order commanding the county treasurer to grant the application and issue certificate on payment of the tax.

The counsel for relator will prepare and submit to the other side a prepared order together with a copy of this memorandum and the same with any objection thereto by the defendants' counsel will be submitted to me for settlement and signing.

No costs allowed.